AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER: 08CV3109

V.

ASSIGNED JUDGE: JUDGE PALLMEYER

J & J CONSTRUCTION CO., INC.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

J & J CONSTRUCTION CO., INC.
c/o ARNOLD S. NEWMAN, REGISTERED AGENT
18400 MAPLE CREEK DRIVE, SUITE 500
TINLEY PARK, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*

(By) DEPUTY CLERK

May 29, 2008

Date



**ClientCaseID:** N7700DPM
**Law Firm ID:** WHITFIEL


*1876 48A*

CaseReturnDate: 6/29/08

Affidavit of Special Process Sever

## UNITED STATES DISTRICT COURT

Case Number **08CV3109**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **J & J CONSTRUCTION COMPANY, INC.**
PERSON SERVED **ARNOLD NEWMAN, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/3/08

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:
**Sex** MALE   **Race** WHITE   **Age** 50S
**Height** 5'8"   **Build** AVERAGE   **Hair** BROWN

LOCATION OF SERVICE   **18400 MAPLE CREEK DR SUITE 500 TINLEY PARK, IL, 60477**

Date Of Service   6/3/08   Time of Service   10:33 AM

ANNA CANOLE   6/3/2008
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.